IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PLAINSMEN ENERGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-225-C |
| | ) |
| SK NEMAHA, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Defendant filed a Motion to Compel. Although the time to respond has passed, Plaintiff has not responded or sought additional time to respond. Accordingly, the Court finds the Motion to Compel should be granted. Plaintiff shall provide the requested information as set forth in the Motion to Compel within 10 days of the date of this Order. The parties shall confer on the costs and fees associated with bringing the present Motion. In the event the parties are unable to agree on the fees and costs, Defendant shall file its request for fees and costs within 20 days of the date of this Order.

As set forth more fully herein, Defendant SK Nemaha LLC's Motion to Compel (Dkt. No. 14) is GRANTED.

IT IS SO ORDERED this 10th day of September, 2020.

ROBIN J. CAUTHRON
United States District Judge